■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

MARTHA RODRIGUEZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Delin, J.), rendered May 29, 1985.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.